IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01114-OES

TERRY WILSON,

      Plaintiff,

v.

JAMES CARRERO,
MICHAEL GARNSEY,
HOBSON,
BRANDON WHISKER,
RENEE YOUNG,
J. GRAYSON ROBINSON, and
"JOHN/JAN DOE,"

      Defendants.

## ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

On June 16, 2005, the Court entered an Order to Cure Deficiency directing Plaintiff to submit to the Court a certified copy of his trust fund account statement. The Court notes, however, that Plaintiff now has entered a Notice of Change of Address. It appears that he is no longer incarcerated. The June 16 Order will be vacated and Plaintiff will be directed to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Since Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13

(6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2[d] Cir. 1996). Therefore, Mr. Wilson will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Wilson may elect to pay the $250.00 filing fee in order to pursue his claims in this action.

Mr. Wilson also should note that the filing fee was increased from $150.00 to $250.00 on February 7, 2005, several months prior to his submitting the instant action to the Court on June 10, 2005. Accordingly, it is

ORDERED that the Court's June 16, 2005, Order is vacated. It is

FURTHER ORDERED that Mr. Wilson, submit **within thirty (30) days from the date of this Order**, an original of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Wilson may elect to pay the $250.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Wilson at the address noted on the Docket, and in his Notice dated June 22, 2005, a copy of this Order and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use in submitting the Amended Motion and Affidavit. It is

FURTHER ORDERED that if Plaintiff fails to file the Amended Motion and Affidavit, or in the alternative pay the $250.00 filing fee, within thirty days of the date of the instant order the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 22nd day of July, 2005.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01114-OES

Terry Wilson
3555 S. Pennsylvania #202
Englewood, CO 80113

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 7/22/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk