IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1114-OES

TERRY WILSON,

    Plaintiff,

v.

JAMES CARRERO,
MICHAEL GARNSEY,
HOBSON,
BRANDON WHISKER,
RENEE YOUNG,
J. GRAYSON ROBINSON, and
"JOHN/JAN DOE,"

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

## ORDER TO RESPOND

On September 28, 2005, the Court directed Plaintiff to respond and show cause why the Complaint and action should not be dismissed for failure to exhaust administrative remedies. Plaintiff also was instructed to include a statement or documentation describing the punishment or sanctions that he received as a result of his disciplinary conviction concerning the anonymous letter he wrote about Defendant Renee Young. On October 25, Plaintiff filed a Response to Order to Show Cause. However, he failed to include a statement regarding his punishment or sanctions. Plaintiff will be directed to again respond. Accordingly, it is

ORDERED that Plaintiff shall comply with the instant Order and provide the information requested regarding his punishment or sanctions. It is

FURTHER ORDERED that the Response shall be titled "Response to Order," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, A105, Denver, Colorado 80294 within thirty days of the date of the instant Order. It is

FURTHER ORDERED that if Plaintiff fails to respond, within the time allowed, the Complaint will be dismissed without further notice.

DATED at Denver, Colorado, this 28 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01114-OES

Terry Wilson
3555 S. Pennsylvania #202
Englewood, CO 80113

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/28/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk