IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01114-WDM-BNB

TERRY WILSON,

      Plaintiff,

v.

JAMES CARRERO,
MICHAEL GARNSEY,
HOBSON,
BRANDON WHISKER,
RENEE YOUNG,
J. GRAYSON ROBINSON, and
"JOHN/JANE DOE,"

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 30 2006**

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: _Jan. 26, 2006_

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-01114-WDM-BNB

Terry Wilson
3555 S. Pennsylvania #202
Englewood, CO 80113

US Marshal Service
Service Clerk
Service forms for: James Carrero,
Michal Garnsey, Hobson, Brandon Whisker,
Renee Young, and J. Grayson Robinson,


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal for process of service on James Carrero, Michal Garnsey, Hobson, Brandon Whisker, Renee Young, and J. Grayson Robinson: AMENDED COMPLAINT FILED 6/22/05, SUMMONS, AND CONSENT FORM on _1/30/06_ .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk