IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01114-WDM-BNB

TERRY WILSON,

Plaintiff,

v.

JAMES CARRERO,
MICHAEL GARNSEY,
HOBSON,
BRANDON WHISKER,
RENEE YOUNG,
J. GRAYSON ROBINSON, and
"JOHN/JANE DONE,"

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Defendants' Joint Motion to Stay Discovery Based on Qualified Immunity** [Doc. # 37, filed 4/4/06] (the "Motion to Stay"); and

(2)     Plaintiff's **Letter** [Doc. # 44, filed 4/18/06] (the "Letter").

I held a hearing on these matters this morning and made rulings on the record, which are incorporated here. In addition, the Letter fails to indicate that copies were served on opposing counsel as required by Fed. R. Civ. P. 5(a) and D.C.COLO.LCivR 5.1F.

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that the Letter is STRICKEN for failure to comply with Fed. R. Civ. P. 5(a) and D.C.COLO.LCivR 5.1F.

IT IS FURTHER ORDERED that the defendants' oral request to withdraw their motion for summary judgment is GRANTED, and **Defendants' Joint Motion for Summary Judgment** [Doc. # 40, filed 4/4/06] is WITHDRAWN.

Dated April 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge