IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01114-WDM-BNB

TERRY WILSON,

Plaintiff,

v.

JAMES CARRERO,
MICHAEL GARNSEY,
HOBSON,
BRANDON WHISKER,
RENEE YOUNG,
J. GRAYSON ROBINSON, and
"JOHN/JANE DONE,"

Defendants.
_____

**ORDER**
_____

This matter arises in connection with my order to show cause entered April 28, 2006 [Doc. # 46]. The plaintiff has filed a response to the order to show cause stating, among other things, that he failed to appear at the hearing on a pending motion because "when I receive the letter from the courts saying that they were having a hearing, I did not know that I was to attend the hearing." The plaintiff is proceeding pro se. Consequently, this order informs the plaintiff that whenever a matter in this case is set for hearing, he must attend the hearing in person or file a motion with the court for relief from the requirement to attend the hearing.

Good cause having been shown concerning the order to show cause:

IT IS ORDERED that the order to show cause is DISCHARGED.

Dated May 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge