IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01114-WDM-BNB

TERRY WILSON,

    Plaintiff,

v.

JAMES CARRERO, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

    This matter is before me on Plaintiff's self-styled "Motion To: Dismiss Complaint." The defendants filed Defendants' Joint Response to Plaintiff's Motion to Dismiss Complaint indicating agreement to dismiss as long as it was with prejudice and each party to pay his or her own costs and fees. I interpret that to be the intent of all parties. Accordingly, I order that the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 17, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL